UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

STEPHEN C. WIELAND, )
)
      Petitioner, )
v. ) No. 1:05-cv-0995-RLY-WTL
)
ED BUSS, Superintendent, )
)
      Respondent. )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 12/19/2006

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Distribution:

Stephen C. Wieland, DOC #994856, Indiana State Prison, P.O. Box 41,
    Michigan City, IN 46361-0041
James Martin, INDIANA STATE ATTORNEY GENERAL, jmartin@atg.state.in.us